(December 6, 1996)

■ In the Matter of AUSTIN M. COLLINS, an Attorney. [— NYS2d —] —Motion granted, and the effective date of the order of this Court entered on October 31, 1996 (225 AD2d 181), extended *nunc pro tunc* to December 16, 1996. No opinion. Concur—Milonas, J. P., Rosenberger, Wallach, Ross and Tom, JJ.